# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1114
_____

RAYMOND WAYNE BREEDEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


June 5, 2018


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Raymond Wayne Breeden, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.